# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JENNIFERMARIE TASMAN, on
behalf of herself and those similarly
situated,

    Plaintiff,

v.                                                    Case No. 3:17-cv-994-J-32JRK

HT RESTAURANT GROUP LLC, a
Florida Limited Liability Company,

    Defendant.

## O R D E R

This case is before the Court on the Joint Motion for Order Approving Fair Labor Standards Act Settlement and Dismissal with Prejudice ("Joint Motion"). (Doc. 18). On June 19, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 20) recommending that the Joint Motion be granted in the form of a stipulated final judgment approving the parties' settlement agreement, and that the Court dismiss the case with prejudice. (Doc. 20). No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the

file and for the reasons stated in the Report and Recommendation (Doc. 20), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 20) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion is **GRANTED**.

3. The Settlement Agreement, (Doc. 18-1), is **APPROVED**.

4. This case is **DISMISSED with prejudice.**

5. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record